IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 23 CR 537 |
| v. | Hon. John F. Kness |
| NATHANIEL BUTLER-LUDWIG, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED
MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Nathaniel Butler-Ludwig, through his attorneys, respectfully moves this Honorable Court, pursuant to Local Rule 26.2, for leave to file an exhibit in support of his Motion for Continued Release Pending Sentencing under seal pursuant to Local Rule 26.2. The government has no objection to Defendant's request. Defense counsel states the following in support:

1. Local Rule 26.2 provides that the Court may for good cause enter an order directing one or more documents to be filed under seal.

2. Due to the need to safeguard sensitive mental health records and information, defense counsel respectfully submits that good cause exists to file these documents under seal. The government advised it has no objection.

Defense counsel respectfully requests leave to file an exhibit to Defendant's Motion for Continued Release Pending Sentencing under seal.

Respectfully submitted,

/s/ Thomas M. Breen

Thomas M. Breen
Robert W. Stanley
Christopher W. Dallas
BREEN & PUGH
53 W. Jackson Blvd., Suite 1550
Chicago, Illinois 60604
(312) 360-1001 (t)
(312) 362-9907 (f)
tpugh@breenpughlaw.com
rwstanley@breenpughlaw.com
cdallas@breenpughlaw.com

*Attorneys for Nathaniel Butler-Ludwig*

## Certificate of Service

The undersigned attorney hereby certifies that the foregoing document was served on **September 10, 2024**, in accordance with Federal Rule of Criminal Procedure 49, Federal Rule of Civil Procedure 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: /s/ Thomas M. Breen